DOUGLAS A. SCOTT, ESQ. – SBN: 058257
LAW OFFICE OF DOUGLAS A. SCOTT
10788 CIVIC CENTER DR., SUITE 110
RANCHO CUCAMONGA, CA 91730
Tel: (909) 980-9199
Fax: (909) 980-9216
douglasscottlaw@aol.com

JOHN E. O'BRIEN, ESQ. —SBN: 098546
ATTORNEY AT LAW
1111 N. BROADWAY
SANTA ANA, CA 92701
Tel: (714) 835-2122
Fax: (714) 727-0340
Jeojr10@gmail.com

Attorneys for Plaintiff GEORGE COOKE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| **GEORGE COOKE,**<br><br>Plaintiff,<br><br>vs.<br><br>**SPROUTS FARMERS MARKET; PTR BALER AND COMPACTOR COMPANY; and DOES 1 TO 50, Inclusive,**<br><br>Defendants. | CASE NO.: 5:19-cv-00067-JGB(SHKx)<br>State Court Case No. CIVDS 1818122<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE BACK TO COUNTY OF SAN BERNARDINO SUPERIOR COURT;**<br><br>Magistrate Judge: Hon. Jesus G. Bernal<br>U.S. Magistrate Judge:<br>  Shashi H. Kewalramani |

ORDER

Good cause appearing, IT IS ORDERED THAT:

1. This action immediately be remanded to the Superior Court of California, County of San Bernardino;

2. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action; and

3. This Stipulation renders moot all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar.

Dated: February 7, 2019

_____
Jesus G. Bernal
United States District Judge